## JOHN McDONELL *versus* JOHN SCOTT

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Motion to quash writ of error and to set aside supersedeas *p. 442. *Journal 4:* (2) Motion to quash writ of error and to set aside supersedeas granted MS p. 48.

PAPERS IN FILE: (1) Affidavit and precipe for writ of error coram nobis and supersedeas, allowance; (2) writ of error coram nobis; (3) assignment of errors; (4) motion to quash writ of error and to set aside supersedeas; (5) precipe for alias execution for costs.

*1822–23 Calendar*, MS p. 145.

## THOMAS CALDWELL, ADMINISTRATOR DE BONIS NON OF JAMES LASSELLE, DECEASED, *versus* FRANCIS LASSELLE

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1823): *Journal 3:* (1) Continued *p. 442.
PAPERS IN FILE: [None]

## ROBERT SMART *versus* HENRY HANSON, RICHARD FREELAND, MOSES BIRDSALL AND THOMAS S. JOHNSON

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1823): *Journal 3:* (1) Writ quashed *p. 444.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 8.